1  TRINETTE G. KENT (State Bar No. 222020)
2  10645 North Tatum Blvd., Suite 200-192
   Phoenix, AZ 85028
3  Telephone: (480) 247-9644
4  Facsimile: (480) 717-4781
   E-mail: tkent@lemberglaw.com
5
6  Of Counsel to
   Lemberg Law, LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT 06905
9  Telephone: (203) 653-2250
10 Facsimile: (203) 653-3424

11 Attorneys for Plaintiffs,
   Joseph Benenati

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| Joseph Benenati, | Case No.: 2:14-cv-07240-DMG-E |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Westlake Financial; and DOES 1-10, inclusive, | |
| Defendants. | |

2:14-cv-07240-DMG-E                                    STIPULATION OF DISMISSAL WITH PREJUDICE

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

Plaintiff

/s/ Trinette G. Kent

TRINETTE G. KENT
Attorney for Plaintiff
Joseph Benenati

Defendant

ALBERT P. DIROCCO, JR.
Attorney for Defendant
Westlake Financial

# PROOF OF SERVICE (F.R.C.P. 5 (b) (2) (C))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the county aforesaid; I am over the age of eighteen years and my business address is 4751 Wilshire Boulevard, Suite 207, Los Angeles, California 90010.

On January 30, 2015 I served the within **STIPULATION OF DISMISSAL WITH PREJUDICE** on interested parties:

____Via Mail by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid, in the U.S. mail addressed as follows:

X By CM/ECF Notice of Electronic Filing. Said document was filed with the Court using the CM/ECF system. Notice of this filing will be sent to all parties registered to receive service by operation of the Court's electronic filing system.

Trinette Kent, Esq.        tkent@kentlawpc.com

I declare under penalty of perjury that the foregoing is true and correct under the law of the State of California. Executed this 30th day of January 2015 Los Angeles, California.

Beverly Langworthy