# UNTIED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JOSEPH BENENATI, | CASE NO.: CV 14-7240-DMG (Ex) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | **[19]** |
| WESTLAKE FINANCIAL DOES 1-10 inclusive. | |
| Defendant(s). | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, this case is dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

DATE: January 30, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE